# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

JOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED

RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK

LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III

OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
MARGARET SEGALL D'AMICO
RORY A. LERARIS
KARA L. MUNGOVAN
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI

————

SPECIAL COUNSEL
SAMUEL C. BUTLER

————

OF COUNSEL
MICHAEL L. SCHLER

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1438
+1-212-474-1760
+1-212-474-1486

WRITER'S EMAIL ADDRESS
dslifkin@cravath.com
mpaskin@cravath.com
dhernandez@cravath.com

March 16, 2018

<u>QS Holdco Inc. v. Bank of Am. Corp., et al.</u>, No. 1:18-cv-00824-RJS (S.D.N.Y.)

Dear Judge Sullivan:

      We write on behalf of all parties in the above-referenced action respectfully to request that the Court enter the attached stipulation reflecting the parties' agreement regarding service, voluntary dismissal of certain defendants, and a schedule for the efficient management of this matter.

      Plaintiff QS Holdco Inc. ("Plaintiff") has asserted antitrust and state law claims regarding an electronic stock loan trading platform, AQS.  The allegations parallel those raised in a putative class action currently pending before Judge Failla.  *See Iowa Public Employees' Retirement System, et al. v. Bank of America Corp., et al.*, No. 17-cv-6221 (S.D.N.Y.).[1]

      However, Defendants have raised the threshold issue of whether Plaintiff has standing or capacity to sue.  On July 27, 2015, Quadriserv (AQS's former owner and operator) transferred the AQS trading platform to PDQ Inc. (Plaintiff's predecessor).  (*See* Compl. ¶¶ 18, 37-38.)  On July 31, 2016, PDQ Inc. transferred the AQS trading platform to Defendant EquiLend.  (*See id.* ¶¶ 21, 39.)  Pursuant to the 2016 Purchase Agreement, Defendants maintain that the right to bring the asserted claims was transferred to Defendant EquiLend.  Plaintiff alleges, nonetheless, that "[u]pon the sale of AQS to EquiLend, QS Holdco and Quadriserv became the only entities remaining to prosecute antitrust claims" set forth in the Complaint, and that on January 25, 2018, Quadriserv "assigned its antitrust and other claims against Defendants to [Plaintiff] QS Holdco".  (*See id.* ¶¶ 40-41.)

      The parties agree that the most reasonable and efficient initial path forward in this case is to permit the parties to brief and obtain a decision from this Court on the threshold issue of

---

[1] Plaintiff filed this case as related to the putative class action, but it was declined by Judge Failla and thereafter assigned to Your Honor.

standing and capacity to sue, and to proceed into the other substantive motion to dismiss arguments only if the Court determines that Plaintiff has standing and capacity to sue.

To this end, the enclosed stipulation contains the parties' proposed briefing schedule on Defendants' forthcoming motion to dismiss for lack of standing and capacity to sue:

| Defendants' Pre-Motion Letter (3 Pages) | March 23, 2018 |
| Plaintiff's Pre-Motion Letter Response (3 Pages) | April 4, 2018 |
| Defendants' Joint Opening Brief (20 Pages) | No later than 45 days after the pre-motion conference |
| Plaintiff's Opposition Brief (20 Pages) | No later than 45 days after the filing of Defendants' opening brief |
| Defendants' Reply Brief (10 Pages) | No later than 21 days after the filing of Plaintiff's opposition brief |

Should the Court ultimately deny Defendants' motion on standing and capacity to sue, the parties agree that Defendants will proceed to file their further motion(s) to dismiss on the substance of the allegations, including arguments similar to those raised in Defendants' recent motions to dismiss the putative class action pending before Judge Failla. *See* ECF Nos. 107, 110, *Iowa Public Employees' Retirement System, et al. v. Bank of America Corp., et al.*, No. 17-cv-6221 (S.D.N.Y.). The parties propose that Defendants would answer, move against or otherwise respond to Plaintiff's complaint within 45 days of any denial of the standing/capacity motion, with Plaintiff's opposition to the motion(s) to dismiss due 45 days later, and Defendants' reply due 30 days after that.

Respectfully,

/s/ Daniel Slifkin

Daniel Slifkin
Michael A. Paskin
Damaris Hernández

*Attorneys for Defendants Morgan Stanley, Morgan Stanley Capital Management, LLC, Morgan Stanley & Co. LLC, Prime Dealer Services Corp., Strategic Investments I, Inc., and Morgan Stanley Distribution, Inc.*

Honorable Richard J. Sullivan
   United States District Court
      Southern District of New York
         40 Foley Square, Room 2104
           New York, NY 10007

VIA ECF AND EMAIL

| | |
|---|---|
| s/ Thomas P. Ogden (on consent) | s/ Adam S. Hakki (on consent) |
| David H. Wollmuth | Adam S. Hakki |
| Thomas P. Ogden | Richard F. Schwed |
| Ronald J. Aranoff | SHEARMAN & STERLING LLP |
| James J. Brennan | 599 Lexington Avenue |
| Fletcher W. Strong | New York, NY 10022-6069 |
| WOLLMUTH MAHER & DEUTSCH LLP | Tel:  (212) 848-4000 |
| 500 Fifth Avenue | ahakki@shearman.com |
| New York, NY 10110 | rschwed@shearman.com |
| Tel:  (212) 382-3300 | |
| Fax:  (212) 382-0050 | Ryan A. Shores (*pro hac vice* forthcoming) |
| dwollmuth@wmd-law.com | 401 9th Street, N.W. |
| togden@wmd-law.com | Washington, DC 20004 |
| raranoff@wmd-law.com | Tel:  (202) 508-8100 |
| jbrennan@wmd-law.com | ryan.shores@shearman.com |
| fstrong@wmd-law.com | |

*Attorneys for Plaintiff QS Holdco Inc.*

*Attorneys for Defendants Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch L.P. Holdings, Inc., and Merrill Lynch Professional Clearing Corp.*

| | |
|---|---|
| s/ Sheila C. Ramesh (on consent) | s/ David I. Gelfand (on consent) |
| David G. Januszewski | David I. Gelfand (*pro hac vice* forthcoming) |
| Herbert S. Washer | Alexis Collins (*pro hac vice* forthcoming) |
| Elai Katz | CLEARY GOTTLIEB STEEN & |
| Jason M. Hall | HAMILTON LLP |
| Sheila C. Ramesh | 2000 Pennsylvania Avenue, NW |
| Margaret A. Barone | Washington, DC 20006 |
| CAHILL GORDON & REINDEL LLP | Tel:  (202) 974-1690 |
| 80 Pine Street | dgelfand@cgsh.com |
| New York, NY 10005-1702 | alcollins@cgsh.com |
| Tel:  (212) 701-3000 | |
| djanuszewski@cahill.com | Carmine D. Boccuzzi, Jr. |
| hwasher@cahill.com | One Liberty Plaza |
| ekatz@cahill.com | New York, NY 10006 |
| jhall@cahill.com | Tel:  (212) 225-2000 |
| sramesh@cahill.com | cboccuzzi@cgsh.com |
| mbarone@cahill.com | |

*Attorneys for Defendants Credit Suisse AG, Credit Suisse Group AG, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Next Fund, Inc., and Credit Suisse Prime Securities Services (USA) LLC*

*Attorneys for Defendants EquiLend LLC, EquiLend Europe Limited, and EquiLend Holdings LLC*

s/ Robert Y. Sperling (on consent)
Robert Y. Sperling (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel:  (312) 558-7941
Fax:  (312) 558-5700
rsperling@winston.com

Richard C. Pepperman, II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-3493
Fax:  (212) 558-3588
peppermanr@sullcrom.com

*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs Execution & Clearing, L.P.*

s/ Robert D. Wick (on consent)
Robert D. Wick (*pro hac vice* forthcoming)
John S. Playforth (*pro hac vice* forthcoming)
Kuntal Cholera (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tel:  (202) 662-5487
Fax:  (202) 778–5487
rwick@cov.com
jplayforth@cov.com
kcholera@cov.com

*Attorneys for Defendants J.P. Morgan Chase & Co., J.P. Morgan Securities LLC, J.P. Morgan Prime, Inc., J.P. Morgan Strategic Securities Lending Corp., JPMorgan Chase Bank, N.A., and J.P. Morgan Institutional Investments Inc.*

s/ David C. Bohan (on consent)
David C. Bohan
Peter G. Wilson
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
david.bohan@kattenlaw.com
peter.wilson1@kattenlaw.com

*Attorneys for Defendants UBS Group AG, UBS AG, UBS Americas Inc., UBS Securities LLC, UBS Financial Services Inc., UBS Investment Bank, UBS Asset Management (US) Inc., and UBS Fund Services (USA) LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QS HOLDCO INC., <br><br> Plaintiff, <br><br> - against - <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | No. 18 Civ. 00824 (RJS) |

**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE, SETTING TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT, AND VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

WHEREAS, on January 30, 2018, QS Holdco Inc. ("Plaintiff") filed a complaint (the "Complaint") in the above-captioned action against the defendants ("Defendants");

WHEREAS, there has been no prior request to extend any deadlines in the above-captioned action;

WHEREAS, undersigned counsel for Defendants Bank of America Corporation; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Merrill Lynch L.P. Holdings, Inc.; and Merrill Lynch Professional Clearing Corp. have represented that Defendant Bank of America Corporation does not engage in the business of securities lending;

WHEREAS, undersigned counsel for Defendants Credit Suisse AG; Credit Suisse Group AG; Credit Suisse Securities (USA) LLC; Credit Suisse First Boston Next Fund, Inc.; and Credit Suisse Prime Securities Services (USA) LLC have represented that Defendant Credit Suisse Group AG does not engage in the business of securities lending;

WHEREAS, undersigned counsel for Defendants The Goldman Sachs Group, Inc.; Goldman Sachs & Co. LLC; and Goldman Sachs Execution & Clearing, L.P. have represented that Defendant The Goldman Sachs Group, Inc. does not engage in the business of securities lending;

WHEREAS, undersigned counsel for Defendants J.P. Morgan Chase & Co.; J.P. Morgan Securities LLC; J.P. Morgan Prime, Inc.; J.P. Morgan Institutional Investments Inc.; J.P. Morgan Strategic Securities Lending Corp.; and JPMorgan Chase Bank, N.A. have represented that Defendants J.P. Morgan Chase & Co. and J.P. Morgan Institutional Investments Inc. do not engage in the business of securities lending;

WHEREAS, undersigned counsel for Defendants Morgan Stanley; Morgan Stanley Capital Management, LLC; Morgan Stanley & Co. LLC; Prime Dealer Services Corp.; Strategic Investments I, Inc.; and Morgan Stanley Distribution, Inc. have represented that Defendants Morgan Stanley, Morgan Stanley Capital Management, LLC, and Morgan Stanley Distribution, Inc. do not engage in the business of securities lending;

WHEREAS, undersigned counsel for Defendants UBS Group AG; UBS AG; UBS Americas Inc.; UBS Securities LLC; UBS Financial Services Inc.; UBS Investment Bank; UBS Asset Management (US) Inc.; and UBS Fund Services (USA) LLC have represented that Defendant UBS Investment Bank is not a legal entity and Defendants UBS Group AG, UBS Asset Management (US) Inc., and UBS Fund Services (USA) LLC do not engage in the business of securities lending;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby voluntarily dismisses all claims against Defendants Bank of America Corporation; Credit Suisse Group AG;

The Goldman Sachs Group, Inc.; J.P. Morgan Chase & Co.; J.P. Morgan Institutional Investments Inc.; Morgan Stanley; Morgan Stanley Capital Management, LLC; Morgan Stanley Distribution, Inc.; UBS Investment Bank; UBS Group AG; UBS Asset Management (US) Inc.; and UBS Fund Services (USA) LLC without prejudice to their inclusion at a later time should evidence arise in discovery or otherwise that reveals information contrary to the above-referenced representations of counsel, and the Parties agree that any statute of limitations, statute of repose, or other time-related defense or claim shall be tolled as to the dismissed Defendants only as if the claims were filed on January 30, 2018, the original filing date of the Complaint.

2. The undersigned counsel agree to accept service of process in the above-captioned lawsuit on behalf of the following Defendants, expressly reserving the right to contest whether any party in the Complaint is properly named, and without waiver of any defenses, including those related to personal jurisdiction and venue: Merrill Lynch, Pierce, Fenner & Smith Incorporated; Merrill Lynch L.P. Holdings, Inc.; Merrill Lynch Professional Clearing Corp.; Credit Suisse AG; Credit Suisse Securities (USA) LLC; Credit Suisse First Boston Next Fund, Inc.; Credit Suisse Prime Securities Services (USA) LLC; Goldman Sachs & Co. LLC; Goldman Sachs Execution & Clearing, L.P.; J.P. Morgan Securities LLC; J.P. Morgan Prime, Inc.; J.P. Morgan Strategic Securities Lending Corp.; JPMorgan Chase Bank, N.A.; Morgan Stanley & Co. LLC; Prime Dealer Services Corp.; Strategic Investments I, Inc.; UBS AG; UBS Americas Inc.; UBS Securities LLC; UBS Financial Services Inc.; EquiLend LLC; and EquiLend Holdings LLC.

3. Defendants' deadlines to answer, move or otherwise respond to the Complaint in this action are hereby vacated.

4.  The following briefing schedule shall govern Defendants' forthcoming motion to dismiss for lack of standing and capacity to sue.

| | |
|---|---|
| Defendants' Pre-Motion Letter (3 Pages) | March 23, 2018 |
| Plaintiff's Pre-Motion Letter Response (3 Pages) | April 4, 2018 |
| Defendants' Joint Opening Brief (20 Pages) | No later than 45 days after the pre-motion conference |
| Plaintiff's Opposition Brief (20 Pages) | No later than 45 days after the filing of Defendants' opening brief |
| Defendants' Reply Brief (10 Pages) | No later than 21 days after the filing of Plaintiff's opposition brief |

5.  Should the Court deny Defendants' motion, Defendants shall answer, move against or otherwise respond to Plaintiff's Complaint within 45 days of such denial, with Plaintiff's opposition to any motion(s) to dismiss due 45 days later, and Defendants' reply due 30 days after that.

6.  All discovery in this action shall be stayed pending resolution of Defendants' motion(s) to dismiss.

DATED:  March 16, 2018

*Thomas Ogden /LR*
David H. Wollmuth
Thomas P. Ogden
Ronald J. Aranoff
James J. Brennan
Fletcher W. Strong
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
Tel:  (212) 382-3300
Fax:  (212) 382-0050
dwollmuth@wmd-law.com
togden@wmd-law.com
raranoff@wmd-law.com
jbrennan@wmd-law.com
fstrong@wmd-law.com

*Attorneys for Plaintiff QS Holdco Inc.*

*Adam Hakki /LR*

Adam S. Hakki
Richard F. Schwed
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Tel: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com

Ryan A. Shores (*pro hac vice* forthcoming)
401 9th Street, N.W.
Washington, DC 20004
Tel: (202) 508-8100
ryan.shores@shearman.com

**Attorneys for Defendants Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch L.P. Holdings, Inc., and Merrill Lynch Professional Clearing Corp.**

*David Gelfand /LR*

David I. Gelfand (*pro hac vice* forthcoming)
Alexis Collins (*pro hac vice* forthcoming)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 974-1690
dgelfand@cgsh.com
alcollins@cgsh.com

Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
cboccuzzi@cgsh.com

**Attorneys for Defendants EquiLend LLC, EquiLend Europe Limited, and EquiLend Holdings LLC**

*Sheila Ramesh /LR*

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
Margaret A. Barone
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005-1702
Tel: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mbarone@cahill.com

**Attorneys for Defendants Credit Suisse AG, Credit Suisse Group AG, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Next Fund, Inc., and Credit Suisse Prime Securities Services (USA) LLC**

*Robert Sperling /LR*

Robert Y. Sperling (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-7941
Fax: (312) 558-5700
rsperling@winston.com

Richard C. Pepperman, II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-3493
Fax: (212) 558-3588
peppermanr@sullcrom.com

**Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, and Goldman Sachs Execution & Clearing, L.P.**

6

*/s/ Robert W. Wick /HC*

| | |
|---|---|
| Robert D. Wick (*pro hac vice* forthcoming) | Daniel Slifkin |
| John S. Playforth (*pro hac vice* forthcoming) | Michael A. Paskin |
| Kuntal Cholera (*pro hac vice* forthcoming) | Damaris Hernández |
| COVINGTON & BURLING LLP | CRAVATH, SWAINE & MOORE LLP |
| One City Center | Worldwide Plaza |
| 850 Tenth Street, NW | 825 Eighth Avenue |
| Washington, DC 20001 | New York, NY 10019-7475 |
| Tel: (202) 662-5487 | Tel: (212) 474-1000 |
| Fax: (202) 778–5487 | Fax: (212) 474-3700 |
| rwick@cov.com | dslifkin@cravath.com |
| jplayforth@cov.com | mpaskin@cravath.com |
| kcholera@cov.com | dhernandez@cravath.com |

*Attorneys for Defendants J.P. Morgan Chase & Co., J.P. Morgan Securities LLC, J.P. Morgan Prime, Inc., J.P. Morgan Strategic Securities Lending Corp., JPMorgan Chase Bank, N.A., and J.P. Morgan Institutional Investments Inc.*

*Attorneys for Defendants Morgan Stanley, Morgan Stanley Capital Management, LLC, Morgan Stanley & Co. LLC, Prime Dealer Services Corp., Strategic Investments I, Inc., and Morgan Stanley Distribution, Inc.*

David C. Bohan
Peter G. Wilson
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
david.bohan@kattenlaw.com
peter.wilson1@kattenlaw.com

*Attorneys for Defendants UBS Group AG, UBS AG, UBS Americas Inc., UBS Securities LLC, UBS Financial Services Inc., UBS Investment Bank, UBS Asset Management (US) Inc., and UBS Fund Services (USA) LLC*

IT IS SO ORDERED.

DATED: _____

_____
THE HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Robert D. Wick (*pro hac vice* forthcoming)
John S. Playforth (*pro hac vice* forthcoming)
Kuntal Cholera (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5487
Fax: (202) 778–5487
rwick@cov.com
jplayforth@cov.com
kcholera@cov.com

*Attorneys for Defendants J.P. Morgan Chase & Co., J.P. Morgan Securities LLC, J.P. Morgan Prime, Inc., J.P. Morgan Strategic Securities Lending Corp., JPMorgan Chase Bank, N.A., and J.P. Morgan Institutional Investments Inc.*

/s/ Daniel Slifkin
Daniel Slifkin
Michael A. Paskin
Damaris Hernández
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700
dslifkin@cravath.com
mpaskin@cravath.com
dhernandez@cravath.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley Capital Management, LLC, Morgan Stanley & Co. LLC, Prime Dealer Services Corp., Strategic Investments I, Inc., and Morgan Stanley Distribution, Inc.*

/s/ David Bohan
David C. Bohan
Peter G. Wilson
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
david.bohan@kattenlaw.com
peter.wilson1@kattenlaw.com

*Attorneys for Defendants UBS Group AG, UBS AG, UBS Americas Inc., UBS Securities LLC, UBS Financial Services Inc., UBS Investment Bank, UBS Asset Management (US) Inc., and UBS Fund Services (USA) LLC*

IT IS SO ORDERED.

DATED: _____

_____
THE HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

7