UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



QS HOLDCO, INC.,

                     Plaintiff,

-v-

BANK OF AMERICA CORPORATION *et al.*,

                     Defendants.

No. 18-cv-824 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' joint letter, dated March 16, 2018, requesting that the Court adjourn Defendants' deadlines to answer or otherwise respond to the Complaint and set a briefing schedule for Defendants' planned motions to dismiss. The Court agrees that "the most reasonable and efficient initial path forward in this case is to permit the parties to brief . . . the threshold issue of standing and capacity to sue, and to proceed to the other substantive motion to dismiss arguments only if the Court determines that Plaintiff has standing to sue." (Doc. No. 15 at 1–2.) Accordingly, IT IS HEREBY ORDERED that Defendants' deadlines to answer or otherwise respond to Plaintiff's brief are adjourned. IT IS FURTHER ORDERED that Defendants shall submit a pre-motion letter addressing their planned motion to dismiss on standing and capacity-to-sue grounds by March 23, 2018, and that Plaintiff shall submit its response letter no later than April 4, 2018. IT IS FURTHER ORDERED that the parties shall appear for a conference

regarding Defendants' planned motion on Tuesday, April 17, 2018 at 10:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   March 19, 2018
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE