UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QS HOLDCO, INC.,

                Plaintiff,

-v-

BANK OF AMERICA CORPORATION *et al.*,

                Defendants.



No. 18-cv-824 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' stipulation and proposed order regarding service and scheduling in this case. (Doc. No. 15.) In light of the parties' agreement, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants Bank of America Corporation; Credit Suisse Group AG; The Goldman Sachs Group, Inc.; J.P. Morgan Chase & Co.; J.P. Morgan Institutional Investments Inc.; Morgan Stanley; Morgan Stanley Capital Management, LLC; Morgan Stanley Distribution, Inc.; UBS Investment Bank; UBS Group AG; UBS Asset Management (US) Inc.; and UBS Fund Services (USA) LLC are dismissed "without prejudice to their inclusion at a later time should evidence arise in discovery or otherwise that reveals information contrary" to representations made by counsel for Defendants, and that "any statute of limitations, statute of repose, or other time-related defense or claim shall be tolled as to the dismissed Defendants only as if the claims were filed on January 30, 2018, the original filing date of the Complaint." (*Id* ¶ 1.)

    The Court endorses the parties' stipulation regarding the acceptance of service of process and the reservation of defenses, "including those related to personal jurisdiction and venue." (*Id.* ¶ 2.)

IT IS FURTHER ORDERED that, as set out at the pre-motion conference held on April 17, 2018, Defendants' motion to dismiss is due no later than June 1, 2018, Plaintiff's response is due no later than July 13, 2018, and Defendants' reply is due no later than July 27, 2018, and that all discovery in this action is stayed pending resolution of Defendants' motion to dismiss. (*See* Doc. No. 59.)

The Clerk of Court is respectfully directed to terminate this action as to Defendants Bank of America Corporation; Credit Suisse Group AG; The Goldman Sachs Group, Inc.; J.P. Morgan Chase & Co.; J.P. Morgan Institutional Investments Inc.; Morgan Stanley; Morgan Stanley Capital Management, LLC; Morgan Stanley Distribution, Inc.; UBS Investment Bank; UBS Group AG; UBS Asset Management (US) Inc.; and UBS Fund Services (USA) LLC.

SO ORDERED.

Dated:	April 18, 2018
	New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE